**08 CV 00412**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH PLAINS SYSTEMS CORP.

           Plaintiff,

  -against-

LIVID MEDIA LLC,

           Defendant.
------------------------------------------------------------X

Civil Action No.: 07-CV-00412 (PAC/KNF)
ECF CASE

**RULE 7.1 DISCLOSURE STATEMENT**

RECEIVED JAN 16 2008 U.S.D.C. S.D.N.Y.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure the undersigned attorney of record for NORTH PLAINS SYSTEMS CORP. certifies that the following are corporate parents and/or publicly held corporations that own 10% or more of its stock: none.

Dated: New York, New York
      January 16, 2008

                                  Respectfully Submitted,

                                  KAUFMAN BORGEEST & RYAN LLP

                                  By:   Richard Pretti
                                         Jonathan B. Bruno
                                  Attorney for Plaintiff,
                                  NORTH PLAINS SYSTEMS CORP.
                                  99 Park Avenue, 19th Floor
                                  New York, New York 10016
                                  Telephone No.: (212) 980-9600

675709