Kaufman borges
107210

U S District Court of The State of New York                    Index #: 08CV00412
County of Southern

Plaintiff         North Plains Systems Corp
                              vs
Defendant         Livid Media Llc

State of ___Delaware___ : County of ___New Castle___ :ss:

___Daniel Newcomb___, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of ___Delaware___

That on ___2/4/08___ at ___2:23 p.m.___ at 1220 N. Market St., # 806, Wilmington, DE 19801 deponent served the within Summons & Complaint In A Civil Action on Livid Media Llc defendant therein named.

INDIVIDUAL  By Personally delivering to and leaving with said _____
A ☐         and that he knew the person to be the person mentioned and described in said

CORPORATION  By delivering to and leaving with ___Denise Fowler___
B ☒          at ___Registered Agents Legal Services, 1220 N. Market St # 806, Wilmington, DE 19801___
             and that he knew the person served to be the ___Managing Agent duly authorized to accept___
             of the corporation.

Suitable     Service was made in the following manner after your deponent was unable with due diligence to serve the defendant
age Person   in person:
C ☐          By delivering a true copy thereof to and leaving with _____
             a person of suitable age and discretion at _____
             the said premises being the defendants - respondents (dwelling place)(usual place of abode)
             (place of business) within the State of _____

Affixing to  By affixing a true copy thereof to the door of said premises. The same being the
Door, etc.   defendant's (dwelling place)(usual place of abode)(place of business) within the
D ☐          State of _____

Mailing use  Deponent completed service under the last two sections by depositing a copy of the
with C or D  _____ in a postpaid, properly addressed envelope in an official
E ☐          depository under the exclusive care and custody of the United States Post Office
             in the State of _____ on _____
             in an envelope bearing the legend personal and confidential.

Use with D   Previous Attempts
F ☐          Deponent had previously attempted to serve the above named defendant/respondent.

VOID w/o     A Description of the defendant or other person served on behalf of the defendant is as follows:
Description  Approx Age ___34___ Approx Weight ___125___ Approx Height ___5'2"___ Sex ___F___
Use with     Color of Skin ___W___ Color of Hair ___Brown___ Other _____
A,B & C

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary->  Sworn to before me this ___5th of February 2008___
                                                           Process Server ___Daniel Newcomb___

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2009