UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH PLAINS SYSTEMS CORP.

                Plaintiff,

     -against-

LIVID MEDIA LLC,

               Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 01 2008

Civil Action No.: 08-CV-00412

**JUDGMENT BY DEFAULT AGAINST LIVID MEDIA LLC**

Upon the motion for default judgment of Plaintiff North Plains Systems Corp. LLC and the supporting declaration of Richard A. Pretti and memorandum of law, all dated April 3, 2008 it is hereby ORDERED, that judgment be entered under Fed R. Civ. P. 55(b)(2) and Local Civil Rule 55.2(b), against defendant Livid Media LLC, in the amount of $171,024.49 together with continuing interest thereon at a rate of $77.88 per day from the date of issuance of the Complaint (January 16, 2008) to the date of Judgment, as well as costs and attorneys fees in the amount of $11,340.93 as of February 28, 2008 and continuing thereon until the disposition of this action, and for such other and further relief as this Court deems just and proper.

SO ORDERED:

Date: April 30, 2008

_____
Hon. Paul A. Crotty

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTH PLAINS SYSTEMS CORP.

                         Civil Action No.:
                         08-CV-00412 (PAC)

        Plaintiff,

-against-                       **CERTIFICATE OF DEFAULT**

LIVID MEDIA LLC,

        Defendant.
------------------------------------------------------------X

    I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 16, 2008, with the filing of a summons and complaint; a copy of the summons and complaint was served upon defendant Livid Media LLC on February 4, 2008, through the defendant's registered agent in the state of Delaware. Proof of service of the defendant was filed on February 14, 2008.

    I further certify that the docket entries indicate that defendant Livid Media LLC has not filed an answer or otherwise moved with respect to the complaint. The default of defendant Livid Media LLC is hereby noted.

Dated: New York, New York
       March 24, 2008

                                                  J. MICHAEL MCMAHON
                                                  Clerk of Court

                                                  By: _____
                                                        Deputy Clerk